UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

TIMOTHY AARON BAXTER          ]
    Plaintiff,                      ]
                              ]
v.                            ]          No.  3  07-0017
                              ]          Judge Echols
CHARLES TRAUGHBER, ET AL.     ]
    Defendants.                     ]

O R D E R

The Court has before it a *pro se* prisoner complaint under
42 U.S.C. § 1983 and an application to proceed in forma pauperis.

It appears from the application that the plaintiff lacks
sufficient financial resources to pay the $350.00 filing fee.
Accordingly, pursuant to 28 U.S.C. § 1915(b)(4), the Clerk will
file the complaint in forma pauperis. 28 U.S.C. § 1915(a).

The plaintiff is herewith assessed the civil filing fee of
$350.00. Pursuant to 28 U.S.C. § 1915(b)(1)(A) and (B), the
custodian of the plaintiff's inmate trust account at the
institution where he now resides is directed to submit to the Clerk
of Court, as an initial partial payment, whichever is greater of:

(a) twenty percent (20%) of the average monthly deposits to
the plaintiff's inmate trust account; **or**

(b) twenty percent (20%) of the average monthly balance in the
plaintiff's inmate trust account for the prior six (6) months.

Thereafter, the custodian shall submit twenty percent (20%) of the plaintiff's preceding monthly income (or income credited to the plaintiff's trust account for the preceding month), but only when such monthly income exceeds ten dollars ($10.00), until the full filing fee of three hundred fifty dollars ($350.00) as authorized under 28 U.S.C. § 1914(a) has been paid to the Clerk of Court. 28 U.S.C. § 1915(b)(2).

In accordance with the Memorandum contemporaneously entered, plaintiff's complaint is legally frivolous within the meaning of 28 U.S.C. § 1915(e)(2) and is hereby DISMISSED.

An appeal of the judgment rendered herein would not be taken in good faith. Coppedge v. United States, 369 U.S. 438, 445-446, 82 S.Ct. 917, 921, 8 L.Ed.2d 21 (1962). Therefore, the plaintiff is NOT certified to pursue an appeal of this judgment in forma pauperis. 28 U.S.C. § 1915(a)(3).

Nevertheless, should the plaintiff decide to file a notice of appeal, he must either pay the Clerk of Court the full appellate filing fee of four hundred fifty five dollars ($455.00) or submit a new application to proceed in forma pauperis with a certified copy of his inmate trust account statement for the previous six month period. 28 U.S.C. § 1915(a)(1); McGore v. Wrigglesworth, 114 F.3d 601 (6th Cir. 1997).

The Clerk is directed to send a copy of this order to the Warden of the Northwest Correctional Complex to ensure that the

2

custodian of plaintiff's inmate trust account complies with that portion of the Prison Litigation Reform Act relating to the payment of the filing fee.

Entry of this Order shall constitute the judgment in this action.

It is so ORDERED.

Robert L. Echols
United States District Judge